# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF ARKANSAS (FAYETTEVILLE DIVISION) CIVIL COVER SHEET (FORM JS 44)

I. (a) **PLAINTIFF** *QUIONTAYUS Q. JONES*, Pro Se County of Residence: Benton County, Arkansas Address: 303 S. Promenade Blvd. Rogers, AR 72758 | Telephone: (479) 966-3022

**DEFENDANT** *MICROSOFT CORPORATION* County of Residence: King County, Washington (Principal Place of Business) Attorneys: Heidi Bradley / Prianka Misra, Bradley Bernstein Sands LLP | 2800 First Avenue, Suite 326 Seattle, Washington 98121

II. **BASIS OF JURISDICTION** (Place an "X" in One Box Only) [ ] 1 U.S. Government Plaintiff [ ] 2 U.S. Government Defendant [ ] 3 Federal Question (U.S. Government Not a Party) [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

III. **CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) PLAINTIFF: [X] 1 Citizen of This State (Arkansas) [ ] 2 Citizen of Another State [ ] 3 Citizen or Subject of a Foreign Country

**DEFENDANT**: [ ] 4 Incorporated or Principal Place of Business In This State [X] 5 Incorporated and Principal Place of Business In Another State (Washington) [ ] 6 Foreign Nation

**IV. NATURE OF SUIT** (Place an "X" in One Box Only) CONTRACT / OTHER: [X] 190 Other Contract Actions (Arbitration Proceeding / FAA 9 U.S.C. §§ 3, 4, 10 Vacatur & Stay) -- OR -- [ ] 440 Other Civil Rights / Employment

**V. ORIGIN** (Place an "X" in One Box Only) [X] 1 Original Proceeding [ ] 2 Removed from State Court [ ] 3 Remanded from Appellate Court [ ] 4 Reinstated or Reopened [ ] 5 Transferred from Another District

**VI. CAUSE OF ACTION Cite the U.S. Civil Statute under which you are filing:** 9 U.S.C. §§ 3, 4, 10 (Federal Arbitration Act); 28 U.S.C. § 1332; Morgan v. Sundance, Inc.

**Brief Description of Cause:** Civil Complaint and Petition to Vacate Interlocutory Arbitration Proceedings, Declare Waiver and Material Breach of Arbitration Agreement due to Discovery Defaults, and Enjoin JAMS Proceedings.

**VII. REQUESTED IN COMPLAINT CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.:** [ ] YES [X] NO DEMAND: $32,727,272.73 (Gross) / Statutory Declaratory &

**Injunctive Relief JURY DEMAND**: [ ] YES [X] NO (Bench Adjudication on Arbitral Vacatur & Default)

**VIII. RELATED CASE(S) IF ANY JUDGE:** None / New Filing DOCKET NUMBER: To Be Assigned

**DATE:** October 26, 2026

**SIGNATURE OF ATTORNEY OF RECORD / PRO SE LITIGANT**:

*Quiontayus Q. Jones*, Plaintiff Pro Se

